CR 12 (Rev. 9/82)

# WARRANT FOR ARREST

**United States District Court**

DISTRICT: Southern District of Florida

UNITED STATES OF AMERICA
v.
WILLIAM LIKEITH MILLS, et al.

DOCKET NO. 95-8110 CR-ZLOCH

MAGISTRATE CASE NO.

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

DERRICK JORDAN B/M DOB: 12/25/69
Last Known Address:
140 West 32nd Court
Riviera Beach, Florida

MAGISTRATE JUDGE SELTZER

WARRANT ISSUED ON THE BASIS OF:
- [x] Indictment
- [ ] Information
- [ ] Order of Court
- [ ] Complaint

DISTRICT OF ARREST

CITY

TO: U.S. Marshals Service or any other authorized federal agency

OCT 24 1995

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy to possess with intent to distribute crack cocaine;
Possession with intent to distribute crack cocaine;
Possession of stolen firearm

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 21;18 | 841(a)(1); 2,922(j) & 924(a)(2) |

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE |
|---|---|
| detain | |

| ORDERED BY | SIGNATURE (JUDGE[1]/U.S. MAGISTRATE) | DATE |
|---|---|---|
| Ann E. Vitunac<br>United States Magistrate Judge | Ann Vitunac | 10-24-95 |

| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |
|---|---|---|
| Carlos Juenke | [signature] | 10/24/95 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE EXECUTED | | |
| | | |

[1] United States Judge or Judge of a State Court of Record